STATE v. ROBINSON

No. 261A92-3

Case below: Bladen County Superior Court

Motion by defendant for stay of execution allowed 16 November 1995. "This cause is remanded to the Superior Court, Bladen County, with instructions that Petitioner's counsel shall file any motion(s) for appropriate relief they deem appropriate within 60 days of the date of this order. The State shall have 30 days from receipt of a copy of any such motion(s) within which to respond thereto. By order of the Court in conference this the 16 day of November 1995."

Petition by defendant writ of supersedeas dismissed 17 November 1995. Petition by defendant for writ of certiorari to review the order of the Bladen County Superior Court dismissed 17 November 1995.

STATE v. SKIPPER

No. 122A92-2

Case below: Bladen County Superior Court

Petition by defendant for writ of certiorari to review the order of the Bladen County Superior Court dismissed 15 November 1995. Petition by defendant for writ of supersedeas dismissed 15 November 1995. Petition by defendant for reconsideration of dismissal of petition for writ of certiorari dismissed 7 December 1995.

STATE v. WATKINS

No. 509P95

Case below: 120 N.C.App. 804

Motion by Attorney General for temporary stay allowed 7 December 1995 pending timely receipt and determination of the State's petition for discretionary review.

STATE v. WELCH

No. 463P95

Case below: 120 N.C.App. 411

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.